NOLAN *v.* RHODES, GOVERNOR OF OHIO, ET AL.

No. 836.  Decided February 21, 1966.

*Kenneth G. Weinberg* and *Stewart R. Jaffy* for appellant.

*William B. Saxbe,* Attorney General of Ohio, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.

HC&D MOVING & STORAGE CO., INC., ET AL. *v.* YAMANE, STATE TAX COLLECTOR.

No. 855.  Decided February 21, 1966.

*J. Garner Anthony* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.